UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:07-CR-100(01)RM |
| | ) | |
| DAVID TAYLOR | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 19, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 25], ACCEPTS defendant David Taylor's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED:   March 12, 2008

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court